# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| WOODLAND TRACTOR AND EQUIPMENT CO., INC.,<br><br>Plaintiff,<br><br>v.<br><br>CNH INDUSTRIAL AMERICA, LLC,<br><br>Defendant(s). | Case No. 2:15-CV-02042-MCE-DAD<br><br>**STIPULATION AND ORDER TO CONTINUE THE TIME FOR EXCHANGE OF INITIAL DISCLOSURES PURSUANT TO F.R.C.P. RULE 26(a)**<br>(Filed Concurrently with Joint Status Report)<br><br>Assigned to:<br>The Hon. Morrison England, Jr. and<br>The Hon. Magistrate Judge Edmund F. Brennan (temporary assignment)<br><br>Action Filed:  August 17, 2015 |

TO THE HONORABLE COURT:

WHEREAS Plaintiff WOODLAND TRACTOR AND EQUIPMENT CO., INC. and Defendant CNH INDUSTRIAL AMERICA, LLC completed the conference of the parties on November 30, 2015, by and through their respective counsel of record, pursuant to Federal Rule of Civil Procedure 26(f),

WHEREAS, pursuant to Federal Rule of Civil Procedure 26(a)(1)(C), the current deadline for the parties to exchange their Initial Disclosures is December 14, 2015,

WHEREAS, the parties agree that the volume of information and documents likely to be gathered and produced for the purposes of completing their respective Initial Disclosures under Federal Rule of Civil Procedure 26(a)(1) will be exceedingly large,

IT IS HEREBY STIPULATED:

1. That the date of the parties' exchange of their Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(C) will be continued to January 11, 2016.

Dated: November 30, 2015          HAIGHT BROWN & BONESTEEL LLP

By:     /s/ Laura C. Williams
        R. Bryan Martin
        Laura Williams
        Attorneys for Defendant
        CNH INDUSTRIAL AMERICA, LLC

Dated: November 30, 2015          KAHN, SOARES & CONWAY, LLP

By:     /s/ Rissa A. Stuart
        Rissa A. Stuart
        Attorneys for Plaintiff
        WOODLAND TRACTOR AND
        EQUIPMENT CO., INC.

## ORDER

Pursuant to the Stipulation of the parties filed on November 30, 2015 in the above-entitled matter, the deadline for the Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(C) shall be continued to January 11, 2016.

IT IS SO ORDERED.

Dated: December 1, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT