R. Bryan Martin (Bar No. 221684)
*bmartin@hbblaw.com*
Laura Williams (Bar No. 286393)
*lwilliams@hbblaw.com*
HAIGHT BROWN & BONESTEEL LLP
2050 Main Street, Suite 600
Irvine, California 92614
Telephone: 714.426.4600
Facsimile: 714.754.0826

Attorneys for Defendant
CNH INDUSTRIAL AMERICA, LLC,

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| WOODLAND TRACTOR AND EQUIPMENT CO., INC., <br><br>Plaintiff, <br><br>v. <br><br>CNH INDUSTRIAL AMERICA, LLC, <br><br>Defendant. | Case No. 2:15-CV-02042-MCE-DAD <br><br>**JOINT STIPULATION TO CONTINUE NON-EXPERT DISCOVERY CUT-OFF; ORDER** <br><br>The Hon. Judge Morrison England, Jr. and The Hon. Magistrate Judge Edmund F. Brennan (temporary assignment) <br><br>Action Filed: August 17, 2015 |

**TO THE HONORABLE COURT:**

Plaintiff and Defendant hereby join in requesting that the Court adjust the pretrial discovery completion date of March 13, 2017 in order to allow the parties to complete necessary discovery. This request does not seek a change of the other pretrial dates.

This request is based upon the following stipulation and statement of counsel:

1. Pursuant to the Court's Amended Pretrial Scheduling Order [Dkt. # 16], all discovery, excluding expert discovery, is to be completed by **March 13, 2017**.

1    2.    Counsel for Plaintiff and Defendant have been working together to timely
2 complete discovery. Indeed, aside from initial disclosures, the parties have exchanged
3 additional written discovery and responsive documents, which was necessary before
4 scheduling depositions. In scheduling depositions of the parties' respective current and former
5 employees, however, the parties and their counsel encountered unexpected scheduling
6 conflicts.

7    3.    At this time, the parties have agreed to the following deposition schedule:

8    March 7th-10th: Depositions of Defendant's employees, Brad Preston, Gary Chaney,
9    Ray Duke, and Seth Tansey (these depositions are currently underway);

10   March 21st-24th: Depositions of Plaintiff's former employees, Jeff Huckins, Tari
11   Vinson, and Jason Brown.

12   4.    The parties are also still working to coordinate the depositions of Plaintiff's
13 other former employees, Craig Emerson and Lars Miller, who have been unresponsive to
14 communications from counsel for both parties.

15   5.    Further, it is anticipated that once the above-noted depositions are completed,
16 the parties may need to conduct additional depositions and written discovery based upon the
17 testimony of the deponents.

18   6.    As the parties have been cooperating to complete non-expert discovery as
19 efficiently as possible, have agreed to complete the outstanding depositions and potential
20 additional discovery as soon as reasonably possible, and that the other pretrial deadlines will
21 not be affected, the parties believe extending the non-expert discovery completion deadline as
22 requested will not needlessly delay the matter (which has not been set for trial) and rather will
23 facilitate potential resolution of the entire case. Accordingly, good cause exists to continue the
24 non-expert discovery deadline and the parties jointly request that the Court further amend the
25 AMENDED PRETRIAL SCHEDULING ORDER as follows:

26 ///
27 ///
28 ///

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Completion of non-expert Discovery, as defined in Section I of Dkt. #16, by | March 13, 2017 | **June 2, 2016** |
| Disclosure of Expert Witnesses | May 15, 2017, as set forth in Section II of Dkt. #16 | No change |
| Motion Hearing Scheduling | As set forth in Section III of Dkt. #16 | No change |

Respectfully submitted,

Dated: March 10, 2017                HAIGHT BROWN & BONESTEEL LLP


By: _____/s/ Laura Williams_____
R. Bryan Martin
Laura Williams
Attorneys for Defendant
CNH INDUSTRIAL AMERICA, LLC

Dated: March 10, 2017                KAHN, SOARES & CONWAY LLP


By:      /s/ Rissa Stuart
Rissa Stuart
Attorney for Plaintiff
WOODLAND TRACTOR & EQUIPMENT CO.

# ORDER

Upon reviewing the parties' Joint Stipulation to Continue the Non-Expert Discovery Cut-Off, and the Court finding good cause to modify its September 7, 2016 Amended Pretrial Scheduling Order (ECF No. 16), the Court Orders that the current non-expert discovery completion date of March 13, 2017, is hereby continued to **June 2, 2017**.

**IT IS SO ORDERED.**

**Dated: March 16, 2017**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

*Woodland Tractor v. CNH*
2:15-CV-02042-MCE-DAD

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 2050 Main Street, Suite 600, Irvine, CA 92614.

On March 10, 2017, I served true copies of the following document(s) described as **JOINT STIPULATION TO CONTINUE NON-EXPERT DISCOVERY CUT-OFF; PROPOSED ORDER** on the interested parties in this action as follows:

| | |
|---|---|
| Rissa A. Stuart, Esq.<br>Kahn, Soares & Conway, LLP<br>219 North Douty Street<br>Hanford. CA  93230 | Counsel for Plaintiff<br>Tel:     559.584.3337<br>Fax:    559.584.3348<br>Email:  rstuart@kschanford.com |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Haight Brown & Bonesteel LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Irvine, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 10, 2017, at Irvine, California.

*Lori Totri*
_____
Lori Totri

CA51-0000050
12220687.1

JOINT STIPULATION TO CONTINUE NON-EXPERT DISCOVERY CUT-OFF