Walter M. Yoka, SBN 94536
wyoka@yokasmith.com
R. Bryan Martin, SBN 221684
bmartin@yokasmith.com
YOKA & SMITH, LLP
445 South Figueroa Street, 38th Floor
Los Angeles, California 90071
Phone: (213) 427-2300
Fax: (213) 427-2330

Attorneys for Defendant, CNH INDUSTRIAL AMERICA, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| WOODLAND TRACTOR AND EQUIPMENT CO., INC.<br><br>Plaintiff,<br><br>vs.<br><br>CNH INDUSTRIAL AMERICA, LLC<br><br>Defendants. | Case No.: 2:15-CV-02042-MCE-DB<br>The Hon. Judge Morrison England Jr., presiding<br><br>**ORDER**<br><br><br>Action Filed: August 17, 2015 |

Upon reviewing the parties Joint Stipulation to Continue the Discovery Cut-Off and Related Deadlines, and the Court finding good cause to modify its August 23, 2017 Order, the Court Orders:

The current non-expert discovery completion date of May 31, 2018, is hereby continued to August 31, 2018.

The current expert disclosure deadlines of June 29, 2018, is hereby continued to September 28, 2018.

The last day to hear dispositive motions of September 21, 2018, and the accompanying Motion Hearing Schedule is hereby continued to November 30, 2018.

IT IS SO ORDERED.

Dated: June 18, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE