Walter M. Yoka, SBN 94536
wyoka@yokasmith.com
R. Bryan Martin, SBN 221684
bmartin@yokasmith.com
Christine C. De Metruis, SNB 203610
cdemetruis@yokasmith.com
**YOKA & SMITH, LLP**
445 South Figueroa Street, 38th Floor
Los Angeles, California 90071
Phone: (213) 427-2300
Fax: (213) 427-2330

Attorneys for Defendant, CNH INDUSTRIAL AMERICA, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| WOODLAND TRACTOR AND EQUIPMENT CO., INC. <br><br> Plaintiff, <br><br> vs. <br><br> CNH INDUSTRIAL AMERICA, LLC <br><br> Defendants. | Case No.: 2:15-CV-02042-MCE-DB <br> The Hon. Judge Morrison England Jr., presiding <br><br> **ORDER RE: JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY AND PRE-TRIAL MATTERS** <br><br> Action Filed: August 17, 2015 |

Upon reviewing the Parties' Joint Stipulation to Continue Expert Discovery and Pre-Trial Matters, and the Court finding good cause to modify its Scheduling Order, as amended, the Court Orders:

1. That all expert discovery be completed within sixty (60) days of the Court's issuance of an Order on CNH's Motion for Summary Judgment; and

///

///

2. That the Joint Notice of Trial Readiness be filed by the Parties no later than thirty (30) days after the expert discovery completion date.

IT IS SO ORDERED.

Dated: February 14, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE