Rissa A. Stuart (Bar No. 166459)
*rstuart@kschanford.com*
KAHN, SOARES & CONWAY, LLP
219 North Douty Street
Hanford, CA 93230
Telephone: (559) 584-3337
Facsimile: (559) 584-3348

Attorney for Plaintiff, WOODLAND TRACTOR AND EQUIPMENT CO., INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| WOODLAND TRACTOR AND EQUIPMENT CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> CNH INDUSTRIAL AMERICA, LLC, <br><br> Defendant(s). | Case No. 2:15-CV-02042-MCE-DB <br><br> The Hon. Judge Morrison England, Jr. presiding <br><br> ORDER RE: JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY AND PRE-TRIAL MATTERS <br><br> Action Filed: August 17, 2015 |

Upon reviewing the Parties' Joint Stipulation to Continue Expert Discovery and Pre-Trial Matters, and the Court finding good cause to modify its Scheduling Order, as amended, the Court orders:

1. That all expert discovery in the above-captioned matter shall be completed within sixty (60) days of the Court's issuance of an Order on WOODLAND'S Amended Notice of Motion and Motion For Entry of Judgment Pursuant To FRCP 54(b) (Document 56); and

///

///

2. That the Joint Notice of Trial Readiness be filed by the Parties no later than thirty (30) days after the expert discovery completion date.

IT IS SO ORDERED.

Dated: May 31, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE