Rissa A. Stuart (Bar No. 166459)
   *rstuart@kschanford.com*
KAHN, SOARES & CONWAY, LLP
219 North Douty Street
Hanford, CA 93230
Telephone: (559) 584-3337
Facsimile: (559) 584-3348

Attorney for Plaintiff, WOODLAND TRACTOR AND EQUIPMENT CO., INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| WOODLAND TRACTOR AND EQUIPMENT CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> CNH INDUSTRIAL AMERICA, LLC, <br><br> Defendant(s). | Case No. 2:15-CV-02042-MCE-DB <br><br> **STIPULATION OF DISMISSAL AND ORDER** |

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby dismissed, with prejudice and with each party to bear its own attorneys' fees and costs, pursuant to the Settlement between the parties.

DATED:                    KAHN, SOARES & CONWAY, LLP

                          By: ____/s/_____
                              Rissa A. Stuart, Attorneys for Plaintiff,
                              WOODLAND TRACTOR AND EQUIPMENT
                              CO., INC.

DATED: YOKA & SMITH, LLP

By: /s/
R. Bryan Martin
Attorneys for Defendants, CNN INDUSTRIAL AMERICA LLC

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney's fees and costs.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: April 8, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE